

EDWIN.BESTDAD86@YAHOO.COM
Statement of Earnings and Deductions -- Please retain for your records

Company: DANELLA CONSTRUCTION CORP-PA
Employee: EDWIN VARGAS-JR

Employee Code: 30835

Fed. Filing Status: Married
Fed. Exemptions: 0

| Check Summary | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 2,363.40 | 2,828.11 |
| Add-Ons | 0.00 | 0.00 |
| Less: Taxes | 597.03 | 662.30 |
| Less: Deductions | 93.17 | 112.29 |
| Net Pay | 1,673.20 | 2,053.52 |

| Check Information | |
|---|---|
| Check No.: | 238093 |
| Check Date: | 09/16/24 |
| Period End Date: | 09/15/24 |
| Hours Worked: | 43.00 |

You may contact the Danella Safety Hotline 24 hours a day to Confidentially report any unsafe activity
1.888.676.SAFE (7233)

| Regular Earnings | Hours | Rate | Amount |
|---|---|---|---|
| Overtime | 3.00 | 79.67 | 239.00 |
| Regular | 40.00 | 53.11 | 2,124.40 |

| Add-Ons | This Check | Year To Date |
|---|---|---|

32376417.PDF 3-1-16SD

| Other Earnings | Amount | | Amount |
|---|---|---|---|

| Deductions | This Check | Year To Date |
|---|---|---|
| DUES-OPER ENG | 92.17 | 110.29 |
| LOCAL SERVC TAX | 1.00 | 2.00 |

| Taxes | This Check | Year To Date |
|---|---|---|
| Federal W/H | 260.72 | 275.84 |
| Social Security | 146.53 | 175.34 |
| Medicare | 34.27 | 41.01 |
| Res. SIT | 72.56 | 86.83 |
| Res. SDI | 1.65 | 1.98 |
| Local | 81.30 | 81.30 |

PLEASE DETACH AND RETAIN STATEMENT

ABS · 610-975-9230    FORM 614

EDWIN.BESTDAD86@YAHOO.COM
Statement of Earnings and Deductions -- Please retain for your records

Company: DANELLA CONSTRUCTION CORP-PA
Employee: EDWIN VARGAS-JR

Employee Code: 30835

Fed. Filing Status: Married
Fed. Exemptions: 0

Check Summary | This Check | Year To Date
424.88 | 3,252.00

Check Information
Check

**1 of 1**

Group Inc
Road
064

BHCU

**Check Date 8/9/2024**   **Check Number Memo**

S************

Pay *No Dollars and No Cents*

To the Order of:
3

44   -99997435
NON NEGOTIABLE

PAY ONLY 00

Edwin  Vargas Jr
219 Fairhill Road
Morton, PA 19070

**VOUCHER - NON NEGOTIABLE**

| Edwin  Vargas Jr | | | **Utility Advisory Group Inc** | 905 West Sproul Road Suite 202<br>Springfield, PA 19064 610-751-3963 |
|---|---|---|---|---|
| Company<br>1854<br>Number<br>44<br>Social Se<br>XXX-X<br>Hire Date<br>12/25/2023 | Period Begin<br>7/28/2024<br>Period End<br>8/3/2024<br>Check Date<br>8/9/2024<br>Check Number<br>-99997435 | Division<br>3<br>Branch<br><br>Department<br><br>Team | | |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 52.00 | 32.00 | 1664.00 | 60528.00 |
| Overtime | | | | | 1248.00 |
| Holiday | | | | | 416.00 |
| Back Pay | | | | | 1560.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A5)  (1664.00) | 123.37 | 5208.32 |
| OASDI (1664.00) | 103.17 | 3952.62 |
| Medicare (1664.00) | 24.13 | 924.41 |
| PA (SM/5)  (1664.00) | 51.08 | 1957.26 |
| PA EE SUI(63752.00) | 1.16 | 44.70 |
| Springfield Twp LST(1664.00) | 1.00 | 31.00 |
| EE Union Fees Local 542 | 64.90 | 2445.77 |
| Net Pay 87824XXXX | 1295.19 | 49187.92 |

| | | | Hours/Pieces | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 32.00 | 1664.00 | 63752.00 | Total Deductions | 1664.00 | 63752.00 |
| **NET PAY** | | 1295.19 | **Total Direct Deposits** | | 1295.19 | **Check Amount** | 0.00 | 0.00 |

**1 of 1**

Group Inc
Road
064                                                                      BHCU   _____

Check Date 8/23/2024        Check Number  Memo

Pay  No Dollars and No Cents                                      $************

To the Order of:
3                            44  -99997300
                             NON NEGOTIABLE
Edwin  Vargas Jr
219 Fairhill Road                                   **VOUCHER - NON NEGOTIABLE**
Morton, PA 19070

| Edwin  Vargas Jr | | | Utility Advisory Group Inc | | 905 West Sproul Road Suite 202 Springfield, PA 19064 610-751-3963 |
|---|---|---|---|---|---|

| Company | 1854 | Period Begin 8/11/2024 | Division 3 |
|---|---|---|---|
| Number | 44 | Period End 8/17/2024 | Branch |
| Social Security # XXX- | | Check Date 8/23/2024 | Department |
| Hire Date 12/25/2023 | | Check Number -99997300 | Team |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 52.00 | 16.00 | 832.00 | 61360.00 |
| Overtime | | 78.00 | 3.00 | 234.00 | 1482.00 |
| Holiday | | | | | 416.00 |
| Back Pay | | | | | 1560.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A5)  (1066.00) | 51.61 | 5259.93 |
| OASDI (1066.00) | 66.09 | 4018.71 |
| Medicare (1066.00) | 15.46 | 939.87 |
| PA (SN/5)  (1066.00) | 32.73 | 1989.99 |
| PA EE SUI(64818.00) | 0.75 | 45.45 |
| Springfield Twp LST(1066.00) | 1.00 | 32.00 |
| EE Union Fees Local 542 | 41.57 | 2487.34 |
| Net Pay 87824XXXX | 856.79 | 50044.71 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Earnings | | | 19.00 | 1066.00 | 64818.00 | Total Deductions | 1066.00 | 64818.00 |
| **NET PAY** | | 856.79 | **Total Direct Deposits** | | 856.79 | **Check Amount** | 0.00 | 0.00 |