**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| | ) | |
| EDWIN VARGAS, JR. AND | ) | CASE NO.: 24-13650-AMC |
| JACLYN M VARGAS, | ) | |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| FORD MOTOR CREDIT COMPANY LLC, | ) | |
| Movant | ) | **HEARING DATE:** |
| vs. | ) | Tuesday, December 03, 2024 |
| | ) | 11:00 A.M. |
| EDWIN VARGAS, JR. AND | ) | |
| JACLYN M VARGAS, | ) | |
| Respondent(s) | ) | |
| and | ) | |
| | ) | **LOCATION:** |
| KENNETH E. WEST | ) | 900 Market Street, Suite 400 |
| Trustee | ) | Courtroom No. 4 |
| | ) | Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2020 Ford Explorer Utility 4D XLT 4WD 2.3L I4 Turbo, V.I.N. 1FMSK8DH3LGC40295) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001(a)(3), F.R.B.P., is hereby waived.

Date: Dec. 5, 2024

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Edwin Vargas, Jr.
Jaclyn M Vargas
219 Fairhill Road
Morton, PA 19070


BRAD J. SADEK
Sadek Law Offices, LLC
1500 Jfk Boulevard, Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building 900 Market Street Suite 320
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106