UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

**In RE:**                                                                                       **Chapter:** 13

EDWIN VARGAS, JR                                                              **Claim Number:** 2

JACLYN M VARGAS                                                              **Case Number:** 24-13650

**Debtor(s)**

NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Ford Motor Credit Company, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only          [√] Payment only          [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:                                                                                         TO:

Ford Motor Credit Company, LLC                                  Ford Motor Credit Company, LLC

Dept 55953 P.O. Box 55000                                             PO Box 650004

Detroit, MI 48255                                                               Dallas, TX 75265-0004

Date: 12/17/2024                                                                 /s/ Shubham Tandlekar

                                                                                              Creditor's Authorized Agent for Ford Motor Credit Company, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In RE:

    EDWIN VARGAS, JR
    JACLYN M VARGAS

**Debtor(s)**

**Chapter:** 13

**Case Number:** 24-13650

## Certificate of Service

I certify that on 12/17/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
BRAD J SADEK
BRAD@SADEKLAW.COM

Trustee
KENNETH E WEST

/s/ Shubham Tandlekar
Shubham Tandlekar
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
833-965-2361
ECFNotices@aisinfo.com