### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Edwin Vargas Jr.<br>          Jaclyn M Vargas<br>                              Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK, its successors and/or assigns<br>                              Movant<br>          vs. | |
| Edwin Vargas Jr.<br>Jaclyn M Vargas<br>                              Debtor(s) | NO. 24-13650 AMC |
| Kenneth E. West<br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about November 19, 2024.

Dated: <u>March 3, 2025</u>

Respectfully submitted,

<u>/s/ Denise Carlon</u>
Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
dcarlon@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Edwin Vargas Jr. Jaclyn M Vargas** | **BK NO. 24-13650 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **MIDFIRST BANK** | |
| **Movant** | |
| **vs.** | |
| **Edwin Vargas Jr. Jaclyn M Vargas** | |
| **Debtor(s)** | |
| **Kenneth E. West** | |
| **Trustee** | |

**CERTIFICATE OF SERVICE**

I, Denise Carlon, certify that on 3/5/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 3/5/2025

**/s/ Denise Carlon**
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Edwin Vargas Jr.<br>219 Fairhill Road<br>Morton, PA 19070<br><br>Jaclyn M Vargas<br>219 Fairhill Road<br>Morton, PA 19070 | Debtors | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Brad J Sadek<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Attorney for Debtors | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee<br>190 N. Independence Mall West,<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |