Borough of Morton
500 Highland Avenue
Morton PA 19070

Springfield School District
200 South Rolling Road
Springfield, PA 19064

Delaware County Tax Claim Bureau
201 W. Front St.
Media, PA 19063

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101