### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| Edwin Vargas Jr., <br> Jaclyn M. Vargas, <br><br> *Debtor(s).* | Case No. 24-13650-djb <br> Chapter 13 |
|---|---|

## Certificate of Service

I, Brad J. Sadek, certify that on March 17, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Chapter 13 Bankruptcy Case (ECF No. 11)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 17, 2025

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Borough of Morton<br>500 Highland Avenue<br>Morton PA 19070 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Springfield School District<br>200 South Rolling Road<br>Springfield, PA 19064 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Delaware County Tax Claim Bureau<br>201 W. Front St.<br>Media, PA 19063 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |