United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13650-djb |
| Edwin Vargas, Jr. | Chapter 13 |
| Jaclyn M Vargas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 21, 2025 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edwin Vargas, Jr., Jaclyn M Vargas, 219 Fairhill Road, Morton, PA 19070-1009 |
| 14987978 | + | Borough of Morton, 500 Highland Avenue, Morton PA 19070-1198 |
| 15020175 | + | Borough of Morton, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 15020681 | + | Borough of Morton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14935483 | + | Crozer Health, PO Box 9800, Coral Springs, FL 33075-0800 |
| 14942985 | + | MIDFIRST BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14935489 | + | MTD, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14935486 | | Main Line Health, PO Box 780163, Philadelphia, PA 19178-0163 |
| 14935488 | | Midlantic Urology, PO Box 268938Dept 1067, Oklahoma City, OK 73126-8938 |
| 14987979 | + | Springfield School District, 200 South Rolling Road, Springfield, PA 19064-2348 |
| 14935491 | | Swarthmore Fire and Protective Associat., 1400 Lebanon Church Road, Pittsburgh, PA 15236-1455 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14935481 | ^ | MEBN | Aug 22 2025 00:41:05 | Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 14935482 | + | Email/Text: mediamanagers@clientservices.com | Aug 22 2025 00:52:00 | Client Services, 3451 Harry S. Truman Blvd.Po Box 965060, Saint Charles, MO 63301-9816 |
| 14987980 | + | Email/Text: duffyk@co.delaware.pa.us | Aug 22 2025 00:53:00 | Delaware County Tax Claim Bureau, 201 W. Front St., Media, PA 19063-2768 |
| 14995551 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 00:50:16 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14936672 | | Email/Text: EBNBKNOT@ford.com | Aug 22 2025 00:53:00 | Ford Motor Credit Company, LLC, PO Box 650004, Dallas, TX 75265-0004 |
| 14938855 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 00:50:16 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14987981 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2025 00:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14989440 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2025 00:53:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14935484 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2025 00:47:45 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14935485 | + | Email/Text: EBNBKNOT@ford.com | Aug 22 2025 00:53:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14945857 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

Case 24-13650-djb    Doc 58    Filed 08/23/25    Entered 08/24/25 00:43:16    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 155 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| | | Aug 22 2025 01:02:08 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14942856 | ^  MEBN | | |
| | | Aug 22 2025 00:40:48 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14935487 | +  Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Aug 22 2025 00:47:46 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14935490 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Aug 22 2025 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy DivisionP.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14935492 | +  Email/Text: bankruptcy@sw-credit.com | | |
| | | Aug 22 2025 00:53:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14961001 | +  Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 22 2025 01:01:47 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14942567 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | Aug 22 2025 01:14:11 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 14935493 | +  Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Aug 22 2025 00:50:28 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14946994 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Aug 22 2025 01:02:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14946991 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Aug 22 2025 00:50:34 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14935494 | +  Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | Aug 22 2025 01:03:20 | Wells Fargo Financial, 3201 N. 4th Avenue, Sioux Falls, SD 57104-0700 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2025             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

**Name**                          **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 21, 2025 | Form ID: 155 | Total Noticed: 32 |

BRAD J. SADEK
    on behalf of Joint Debtor Jaclyn M Vargas brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

BRAD J. SADEK
    on behalf of Debtor Edwin Vargas Jr. brad@sadeklaw.com,
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Borough of Morton jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

REGINA COHEN
    on behalf of Creditor Ford Motor Credit Company LLC rcohen@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Edwin Vargas Jr.<br><br>   Jaclyn M Vargas<br><br>   Debtor(s). | Case No. 24−13650−djb<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 21, 2025

            For The Court

            Derek J Baker
            Judge, United States Bankruptcy Court