**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Edwin Vargas, Jr. | : | Chapter 13 |
| Jaclyn M Vargas | : | Case No.: 24-13650-DJB |
| | : | |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: March 2, 2026                    /s/ Brad J. Sadek, Esquire
                                         Brad J. Sadek, Esquire
                                         Sadek Law Offices, LLC
                                         1500 JFK Boulevard, Suite #220
                                         Philadelphia, PA 19102
                                         brad@sadeklaw.com
                                         215-545-0008