**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Edwin Vargas, Jr. | : | Chapter 13 |
| Jaclyn M Vargas | : | Case No.: 24-13650-DJB |
| | : | |
| Debtors | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #  66 , the "Motion");

It is hereby ordered that

1)      The Motion is granted; and

2)      The Modified Plan (doc. #  68 ) is approved.

DATE: **March 19, 2026**                          _____

DEREK J. BAKER
U.S. BANKRUPTCY JUDGE